**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6902**

───────────

ALEX ANDERSON,

Plaintiff - Appellant,

versus

SALLY JOHNSON, in her official capacity as
hearing officer and in her individual capac-
ity; THOMAS OWENS, individually and in his
official capacity as psychiatrist; JIM MANN,
individually and in his official capacity as
psychologist; BRUCE BERGER, Doctor, individ-
ually and in his official capacity as psychia-
trist; ANGELA WALDEN, individually and in her
official capacity as psychologist,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-97-861-5-CT-BO)

───────────

Submitted:  November 5, 1998        Decided:  November 23, 1998

───────────

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Alex Anderson, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alex Anderson appeals the district court's order denying relief on his <u>Bivens</u> complaint.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Anderson v. Johnson</u>, No. CA-97-861-5-CT-BO (E.D.N.C. May 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

_____

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2